Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-5244

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Shop2335180 Store | 2 | Mirage Store |
| 3 | Shop112468 Store | 4 | Shop1180166 Store |
| 5 | Primary league Store | 6 | Shop1283475 Store |
| 7 | Nottingham SB Union | 8 | Shenzhen fashion mobile phone case store |
| 9 | Shop1382754 Store | 10 | LR House Decor Store |
| 11 | homely Store | 12 | NICE Auto Accessories Store |
| 13 | Shop1685304 Store | 14 | Shop1709852 Store |
| 15 | Shop1736117 Store | 16 | LemonBest Franchised Store |
| 17 | Shop1879456 Store | 18 | OUDINIAO Funci Factory Shoe Store |
| 19 | Shop1963087 Store | 20 | NAUSK LY LUCK Store |
| 21 | Shop2179135 Store | 22 | Shen Zen Y&C Import and Export CO.,Ldt |
| 23 | NiceKing PhoneCase Store | 24 | Shop2232038 Store |
| 25 | Shop232355 Store | 26 | Shop2496023 Store |
| 27 | Secret Swimsuit Store | 28 | Shop2677042 Store |
| 29 | Shop2789005 Store | 30 | SevenDay Store |
| 31 | Shop2843085 Store | 32 | prittiku Global Store |
| 33 | Mr.orange CASE4YOU Store | 34 | Shop2906125 Store |
| 35 | Shop3047071 Store | 36 | ABEDOE Franchised Store |
| 37 | Shop3113094 Store | 38 | Shop3123015 Store |
| 39 | Shop 1991 Store | 40 | ABEDOE Creativelife Store |
| 41 | Muyuchunhua Official Store | 42 | Houkiper Households life Store |
| 43 | Mirage of beauty Choi Garden Store | 44 | Shop3557008 Store |
| 45 | Sexy Club Store | 46 | Shop3628162 Store |
| 47 | Shop3658079 Store | 48 | SAGACE Store |
| 49 | sakalaka Store | 50 | Shop3720008 Store |
| 51 | qingru Store | 52 | Terry's Lucky Gift Store |
| 53 | Parasakura Store | 54 | Pounise Dreamy Store |
| 55 | plussizeshoes Store | 56 | ABEDOE Magical diet Store |
| 57 | ABEDOE Energetic Store | 58 | MOOWNUC Store |
| 59 | Houkiper Drop shoping Store | 60 | ABEDOE WarmDreams Store |
| 61 | ABEDOE DropShipping Store | 62 | OLOEY Yulin Professional Store |
| 63 | PAZAK Store | 64 | Idea Design Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 65 | WEFLYING Store | 66 | LemonBest Upward Store |
| 67 | ABEDOE Twenty Two Store | 68 | Shop4668059 Store |
| 69 | shinylady Store | 70 | Pounise Official Store |
| 71 | Konesky Store | 72 | Shop4992364 Store |
| 73 | Youool House Dropshipping Store | 74 | Konesky OutSale Store Store |
| 75 | Shine-life Store | 76 | guixianglai factory Store |
| 77 | My Jinji Store | 78 | S&S Store |
| 79 | CCTWINS KIDS Store | 80 | Outdoor Goods Factory Store |
| 81 | Nerpezzo Store | 82 | Sfcday Store |
| 83 | My Baby World Store | 84 | Joliemaison Franchised Store |
| 85 | Shop5096042 Store | 86 | SHANGPINTU Official Store |
| 87 | Mr. yin Store | 88 | Princess' Gift Store |
| 89 | NEXNan Children Store | 90 | PD Funny Store |
| 91 | Qvizz Store | 92 | SmileArt Painting Store |
| 93 | HFashion Store | 94 | MOYING Official Store |
| 95 | Seven-sport Store | 96 | Junshu Store |
| 97 | Segapolon Official Store | 98 | Shop5495006 Store |
| 99 | shaiya Store | 100 | Pasha'S Store |
| 101 | Panda-star Store | 102 | MUTIAN05 Store |
| 103 | CoCoPlay Toilet Stickers Store | 104 | MOTION Speciality Store |
| 105 | R3habAir Store | 106 | BOZN Official Store |
| 107 | Seasonstorm Store | 108 | TPJD Corp |
| 109 | shenzhenshimeibeilifushiyouxiangongsi | 110 | Beipin |
| 111 | KIM S HARDING | 112 | Brooklyn Viking Enterprises |
| 113 | JWmall | 114 | AUGYUESS |
| 115 | Yuxiang Gao | 116 | AMY FISHERddd |
| 117 | AMEIGO | 118 | TAMZAM |
| 119 | FHFGHGJHFJGHNF | 120 | fvdi |
| 121 | luyuejin198 | 122 | alwafdgreys |
| 123 | GabyStore | 124 | duo ze |
| 125 | shebilees | 126 | Mary shopi |
| 127 | DIRSA PRODUCTIONS | 128 | MJATOP |
| 129 | Ahsing | 130 | pingshunxian linghangtangrandian |
| 131 | pzjus | 132 | Tiffany Hume |
| 133 | tangxiaobodianzikeji | 134 | Yang ErDong |
| 135 | Kawaee Tee | 136 | davrhntgbfs |
| 137 | Art Bath Safety Rugs Set | 138 | hsh65s26 |
| 139 | WEIWEIGE | 140 | HeNanOuSuDaWangLuoKeJiYouXianGongSi |
| 141 | Original Products. | 142 | NUCOVASU Global |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 143 | Adelaide T-shirt | 144 | kdsxjo |
| 145 | Go All Out, Inc. | 146 | RobertFenn |
| 147 | AlphaDirect Group | 148 | Xie Qun |
| 149 | zdthtreg | 150 | jcghytfgvuyvuyvuy |
| 151 | Fu Hedda | 152 | Outdoor Auto Frames |
| 153 | Pearl Mez | 154 | sun lisun li |
| 155 | JML-LUV | 156 | ZengJo |
| 157 | Aachbo Direct | 158 | Forever Love Tee |
| 159 | Jan-00 | 160 | dexisu-0 |
| 161 | dh-fashion | 162 | factorystore |
| 163 | jq3_21 | 164 | king201104 |
| 165 | orange_chan101 | 166 | quzh-97 |
| 167 | ronaau_star | 168 | seayatoo |
| 169 | sixmo-35 | 170 | ujb68z_1 |
| 171 | worldgoods360 | 172 | yee2qv5 |
| 173 | yulinswa_9 | 174 | zkh39clematis |
| 175 | ztt06989 | 176 | Well Life |
| 177 | BEST OF BEST | 178 | Cards House Globel Online Store |
| 179 | Global Shopping Mall Online | 180 | Korea Star |
| 181 | 360 Shop | 182 | Buliding Mountain |
| 183 | Uncle HUI | 184 | super shoes boss |
| 185 | Decoration home store | 186 | qwergmbt |
| 187 | CLL Stores | 188 | wuyunpeng3334 |
| 189 | lijinshuang1258 | 190 | yanjeawa |
| 191 | alian9258 | 192 | aila036 |
| 193 | Kenneth Coxf | 194 | wuehe872 |
| 195 | Kim Brown | 196 | Regina Adams |
| 197 | wangxun123 | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/2335180 | 2 | aliexpress.com/item/32364272478.html |
| 3 | aliexpress.com/store/112468 | 4 | aliexpress.com/store/1180166 |
| 5 | aliexpress.com/store/1194918 | 6 | aliexpress.com/store/1283475 |
| 7 | aliexpress.com/store/1352011 | 8 | aliexpress.com/store/1368212 |
| 9 | aliexpress.com/store/1382754 | 10 | aliexpress.com/store/1500042 |
| 11 | aliexpress.com/store/1534103 | 12 | aliexpress.com/store/1547026 |
| 13 | aliexpress.com/store/1685304 | 14 | aliexpress.com/store/1709852 |
| 15 | aliexpress.com/store/1736117 | 16 | aliexpress.com/store/1767312 |
| 17 | aliexpress.com/store/1879456 | 18 | aliexpress.com/store/1960980 |
| 19 | aliexpress.com/store/1963087 | 20 | aliexpress.com/store/2138036 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 21 | aliexpress.com/store/2179135 | 22 | aliexpress.com/store/2179185 |
| 23 | aliexpress.com/store/2187185 | 24 | aliexpress.com/store/2232038 |
| 25 | aliexpress.com/store/232355 | 26 | aliexpress.com/store/2496023 |
| 27 | aliexpress.com/store/2670124 | 28 | aliexpress.com/store/2677042 |
| 29 | aliexpress.com/store/2789005 | 30 | aliexpress.com/store/2793176 |
| 31 | aliexpress.com/store/2843085 | 32 | aliexpress.com/store/2851035 |
| 33 | aliexpress.com/store/2852021 | 34 | aliexpress.com/store/2906125 |
| 35 | aliexpress.com/store/3047071 | 36 | aliexpress.com/store/3091109 |
| 37 | aliexpress.com/store/3113094 | 38 | aliexpress.com/store/3123015 |
| 39 | aliexpress.com/store/3216108 | 40 | aliexpress.com/store/3241041 |
| 41 | aliexpress.com/store/3249098 | 42 | aliexpress.com/store/3424002 |
| 43 | aliexpress.com/store/3518099 | 44 | aliexpress.com/store/3557008 |
| 45 | aliexpress.com/store/3615112 | 46 | aliexpress.com/store/3628162 |
| 47 | aliexpress.com/store/3658079 | 48 | aliexpress.com/store/3664103 |
| 49 | aliexpress.com/store/3681044 | 50 | aliexpress.com/store/3720008 |
| 51 | aliexpress.com/store/3853020 | 52 | aliexpress.com/store/4055046 |
| 53 | aliexpress.com/store/4079006 | 54 | aliexpress.com/store/4306009 |
| 55 | aliexpress.com/store/4405108 | 56 | aliexpress.com/store/4408047 |
| 57 | aliexpress.com/store/4412156 | 58 | aliexpress.com/store/4418053 |
| 59 | aliexpress.com/store/4420064 | 60 | aliexpress.com/store/4426074 |
| 61 | aliexpress.com/store/4430072 | 62 | aliexpress.com/store/4433018 |
| 63 | aliexpress.com/store/4470041 | 64 | aliexpress.com/store/4502045 |
| 65 | aliexpress.com/store/4522012 | 66 | aliexpress.com/store/4629031 |
| 67 | aliexpress.com/store/4664076 | 68 | aliexpress.com/store/4668059 |
| 69 | aliexpress.com/store/4687141 | 70 | aliexpress.com/store/4963035 |
| 71 | aliexpress.com/store/4986164 | 72 | aliexpress.com/store/4992364 |
| 73 | aliexpress.com/store/4992479 | 74 | aliexpress.com/store/4997163 |
| 75 | aliexpress.com/store/4999188 | 76 | aliexpress.com/store/5000435 |
| 77 | aliexpress.com/store/5005122 | 78 | aliexpress.com/store/5012148 |
| 79 | aliexpress.com/store/5020088 | 80 | aliexpress.com/store/5021164 |
| 81 | aliexpress.com/store/5048093 | 82 | aliexpress.com/store/5069044 |
| 83 | aliexpress.com/store/5085235 | 84 | aliexpress.com/store/5093063 |
| 85 | aliexpress.com/store/5096042 | 86 | aliexpress.com/store/5099012 |
| 87 | aliexpress.com/store/5101108 | 88 | aliexpress.com/store/5107041 |
| 89 | aliexpress.com/store/5120046 | 90 | aliexpress.com/store/5122073 |
| 91 | aliexpress.com/store/5128042 | 92 | aliexpress.com/store/5156019 |
| 93 | aliexpress.com/store/5220021 | 94 | aliexpress.com/store/5228038 |
| 95 | aliexpress.com/store/5370066 | 96 | aliexpress.com/store/5432122 |
| 97 | aliexpress.com/store/5487211 | 98 | aliexpress.com/store/5495006 |
| 99 | aliexpress.com/store/5558058 | 100 | aliexpress.com/store/5570168 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 101 | aliexpress.com/store/5576033 | 102 | aliexpress.com/store/5577168 |
| 103 | aliexpress.com/store/5584017 | 104 | aliexpress.com/store/5673013 |
| 105 | aliexpress.com/store/5781407 | 106 | aliexpress.com/store/5892626 |
| 107 | aliexpress.com/store/700341 | 108 | amazon.com/sp?seller=A10X8BAL1SVICR |
| 109 | amazon.com/sp?seller=A17KBSHSBMCV8L | 110 | amazon.com/sp?seller=A1A2I60QUIBS37 |
| 111 | amazon.com/sp?seller=A1FOT5G3TKS38S | 112 | amazon.com/sp?seller=A1GSUAS27LQYS8 |
| 113 | amazon.com/sp?seller=A1HV1VTEO3ERC1 | 114 | amazon.com/sp?seller=A1NFGMJWXBCPJY |
| 115 | amazon.com/sp?seller=A1O1NVGWFZMOD6 | 116 | amazon.com/sp?seller=A1PD4G11IMAUZP |
| 117 | amazon.com/sp?seller=A1Q7FU6IR1WQ4J | 118 | amazon.com/sp?seller=A1XFAAOGL6P3IZ |
| 119 | amazon.com/sp?seller=A20NRBGPEF8SUP | 120 | amazon.com/sp?seller=A2287NLF8LI78Q |
| 121 | amazon.com/sp?seller=A2CCKCJRGJ0D57 | 122 | amazon.com/sp?seller=A2D0YZI7E7UKDJ |
| 123 | amazon.com/sp?seller=A2EEUCRRA9ZROS | 124 | amazon.com/sp?seller=A2ESVAQCC9EEE |
| 125 | amazon.com/sp?seller=A2GLV74SSWWKHT | 126 | amazon.com/sp?seller=A2HVBZXT1U3CXD |
| 127 | amazon.com/sp?seller=A2IJUWM4ZKYS71 | 128 | amazon.com/sp?seller=A2K5ZG3WC72AP2 |
| 129 | amazon.com/sp?seller=A2KD1FJK358TUJ | 130 | amazon.com/sp?seller=A2OGIBF4EWN6TL |
| 131 | amazon.com/sp?seller=A2S12TAMP0ACC1 | 132 | amazon.com/sp?seller=A2VR7EHZ650J6U |
| 133 | amazon.com/sp?seller=A2YC7GMV56G92M | 134 | amazon.com/sp?seller=A3337FN2P7Q6BN |
| 135 | amazon.com/sp?seller=A3AX47TMG0K2G1 | 136 | amazon.com/sp?seller=A3DMTYQ2OAIAKV |
| 137 | amazon.com/sp?seller=A3DOVGDU2KT0VD | 138 | amazon.com/sp?seller=A3DTCDPOZHYZOR |
| 139 | amazon.com/sp?seller=A3G05JX3B3Q41Q | 140 | amazon.com/sp?seller=A3LZ2JE6UMFNII |
| 141 | amazon.com/sp?seller=A3TCV1C607U4JT | 142 | amazon.com/sp?seller=A3U7CWGYON8KXX |
| 143 | amazon.com/sp?seller=A3VJHQT91JO35V | 144 | amazon.com/sp?seller=A3VP5K9S8G5QPR |
| 145 | amazon.com/sp?seller=A5CD17D094Y4Q | 146 | amazon.com/sp?seller=ABGX368YOV93Y |
| 147 | amazon.com/sp?seller=AD7WUHZ7M493B | 148 | amazon.com/sp?seller=ADFN1M2Z4CZ76 |
| 149 | amazon.com/sp?seller=AFG8PJK198ETO | 150 | amazon.com/sp?seller=AFNT1JE1SBK0S |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 151 | amazon.com/sp?seller=AMM3V9NU4LILS | 152 | amazon.com/sp?seller=APN3FPWZIL50O |
| 153 | amazon.com/sp?seller=AQDWAQBHWX0TW | 154 | amazon.com/sp?seller=AR78W833OHPZZ |
| 155 | amazon.com/sp?seller=AT4J1GJCML6XG | 156 | amazon.com/sp?seller=ATURIZTVWRD4Y |
| 157 | amazon.com/sp?seller=AW2155779QPIB | 158 | amazon.com/sp?seller=AWXIMQIP5866R |
| 159 | ebay.com/usr/2.73883 | 160 | ebay.com/usr/dexisu-0 |
| 161 | ebay.com/usr/dh-fashion | 162 | ebay.com/usr/factory*store |
| 163 | ebay.com/usr/jq3_21 | 164 | ebay.com/usr/king201104 |
| 165 | ebay.com/usr/orange_chan101 | 166 | ebay.com/usr/quzh-97 |
| 167 | ebay.com/usr/ronaau_star | 168 | ebay.com/usr/seayatoo |
| 169 | ebay.com/usr/sixmo-35 | 170 | ebay.com/usr/ujb68z_1 |
| 171 | ebay.com/usr/worldgoods360 | 172 | ebay.com/usr/yee2qv5 |
| 173 | ebay.com/usr/yulinswa_9 | 174 | ebay.com/usr/zkh39clematis |
| 175 | ebay.com/usr/ztt06989 | 176 | wish.com/merchant/56e77f3221790d269b148a5b |
| 177 | wish.com/merchant/56f4ddfeeedd576a75a70776 | 178 | wish.com/merchant/5840b5c5fef4096d27aa854b |
| 179 | wish.com/merchant/5843da6e0299bc3f6b3ddcfc | 180 | wish.com/merchant/58493661d914f5688faba13c |
| 181 | wish.com/merchant/58637056edfd084dfc79dca3 | 182 | wish.com/merchant/58df6814d2028052d45e918f |
| 183 | wish.com/merchant/58df7e7eba2c16651cebe962 | 184 | wish.com/merchant/5d3c6e25ab0c793880a5ab3e |
| 185 | wish.com/merchant/5e3d00afa2ae7e3ae66aa042 | 186 | wish.com/merchant/5e6a0012188644799cc77ae4 |
| 187 | wish.com/merchant/5e6f2a8f1e198535b62353c9 | 188 | wish.com/merchant/5e71fb36ce928c8b6e9ba6ad |
| 189 | wish.com/merchant/5e79c7a2f1ea14679e1a7b3a | 190 | wish.com/merchant/5e7b10360abba51b655e62d8 |
| 191 | wish.com/merchant/5e8aa19b99a1f930e2d4509f | 192 | wish.com/merchant/5e8ae4645a8fce145b4a8af5 |
| 193 | wish.com/merchant/5e8c7d8629e7866dbb10b269 | 194 | wish.com/merchant/5e9001e31180944c85cbfddc |
| 195 | wish.com/merchant/5e902141ea6fad65de88f7c5 | 196 | wish.com/merchant/5e946f746dc9799edd160de7 |
| 197 | wish.com/merchant/5f0d8f799517cb0920f73f42 | | |